**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHELE SIQUEIRA BATISTA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:26-cv-1429 |
| | ) | |
| LEONARD ODDO, *et al*., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

AND NOW, this 9th day of November, 2026, upon consideration of the parties' Joint Status Report (Docket No. 19) reporting that Petitioner has voluntarily departed the United States on or about October 9, 2026, IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Docket No. 1) is DISMISSED as moot. The Clerk of Court is to mark this case closed.

*/s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record